```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 64191
   MARJORIE AUSTIN
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3247


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/27/2005 and was confirmed 04/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/26/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED          5000.00         475.97        486.42
TRIAD FINANCIAL            UNSECURED        5422.14            .00           .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSECURED        1790.02            .00           .00
CAPITAL ONE BANK           UNSECURED        1038.06            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,425.20                      1,323.42
TOM VAUGHN                 TRUSTEE                                         129.19
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 2,415.00

PRIORITY                                              .00
SECURED                                            486.42
   INTEREST                                        475.97
UNSECURED                                             .00
ADMINISTRATIVE                                   1,323.42
TRUSTEE COMPENSATION                               129.19
DEBTOR REFUND                                         .00
                       --------------        --------------
TOTALS                   2,415.00                2,415.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 12/27/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE